# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:07cr221

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| KAREN LEE HOLLAND. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Modify Restitution Payments and for Permission to Travel [Doc. 26].

The Defendant is serving a probationary sentence which precludes her from leaving the Western District of North Carolina except with the permission of her Probation Officer. [Doc. 24]. The Defendant's family is vacationing together on a cruise which will leave from Florida for a ten day period. Her Probation Officer has given permission for her to attend and to leave the District to be part of the vacation which has been paid for on her behalf by family members.

The Court will grant the motion for permission to leave the District. As to the motion to modify the terms of restitution, the Court will require a formal

petition for modification from the Probation Officer.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Modify Restitution Payments and for Permission to Travel [Doc. 26] is hereby **DENIED** in part without prejudice to renewal and **GRANTED** in part.

**IT IS FURTHER ORDERED** that the Defendant may leave the Western District of North Carolina to travel in accordance with the itinerary attached to the Motion as Document 26-1.

Signed: March 17, 2011

Martin Reidinger
United States District Judge