IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW307CR000221-1 |
| | ) | (Financial Litigation Unit) |
| KAREN LEE HOLLAND | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| R-CARE, INC. | ) | |
| T/A COMFORT KEEPERS, | ) | |
| Garnishee. | | |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 35) filed May 11, 2015. For the reasons stated therein and for good cause shown,

**IT IS THEREFORE ORDERED** that the "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 35) is **DISMISSED**.

Signed: May 11, 2015

_____
David C. Keesler
United States Magistrate Judge